**Gerald Noble, OSB# 104634**
E-mail: invisionlawfirm@live.com
INVISION LAW FIRM
6830 NE Broadway, #17
Portland, OR 97213-5374
Tel: (503) 208 - 4260
Fax: (866) 998 – 1846
**Attorney for Plaintiffs**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| ROBERT FIELDS, an individual, and SHEREE FIELDS, an individual,<br><br>    Plaintiffs,<br><br>vs.<br><br>MULTNOMAH COUNTY,<br><br>    Defendant. | Case No. 3:11-cv-01124-SI<br><br>UNOPPOSED MOTION FOR EXTENSION OF DISCOVERY DEADLINE |

### **LR 7-1 CERTIFICATION**

Pursuant to LR 7.1, counsel for plaintiffs certifies that the parties discussed this motion and agree to its terms.

### **MOTION**

Pursuant to FRCP 6(b), the parties request an additional 30-day extension of the current deadline:

1. Fact discovery from December 14, 2012 to January 18, 2012.

This motion is supported by the Declaration of Gerald Noble filed concurrently herewith.

PAGE 1 - UNOPPOSED MOTION FOR EXTENSION OF DISCOVERY DEADLINE
**INVISION LAW FIRM**
6830 NE Broadway, #17
Portland, OR 97213
(503) 208 – 4260 | Fax (866) 998 – 1846

**DATED**: DECEMBER 10, 2012               INVISION LAW FIRM

                                                  **By**: /s/ Gerald Noble
                                                        GERALD NOBLE, OSB#104634
                                                        6830 NE Broadway, #17
                                                        Portland, OR, 97213 - 5374
                                                        Telephone: (503) 208 – 4260
                                                        Email: invisionlawfirm@live.com

                                                 **Attorney for Plaintiffs**