**Gerald Noble, OSB# 104634**
E-mail: invisionlawfirm@live.com
INVISION LAW FIRM
6830 NE Broadway, #17
Portland, OR 97213-5374
Tel: (503) 208 - 4260
Fax: (866) 998 – 1846

Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| ROBERT FIELDS, an individual, and SHEREE FIELDS, an individual,<br><br>    Plaintiffs,<br><br>vs.<br><br>MULTNOMAH COUNTY,<br><br>    Defendant. | Case No. 3:11-cv-01124-SI<br><br>DECLARATION OF GERALD NOBLE IN SUPPORT OF UNOPPOSED MOTION FOR EXTENSION OF DISCOVERY DEADLINE |

I, Gerald Noble, hereby declare as follows:

1.     I am the attorney representing the plaintiffs in the above-entitle matter. I make this declaration based on my personal knowledge and in support of In Support of Plaintiffs' Unopposed Motion for Extension of Discovery Deadline.

2.     This extension is not requested for the purpose of delay.

3.     Initial written discovery and document production is largely complete.

4.     The extension is needed to accommodate Mrs. Fields' work schedule so that she is able to appear at a continuing deposition on December 19th or 20th. Counsel

PAGE 1 – DECLARATION OF GERALD NOBLE IN SUPPORT OF UNOPPOSED MOTION FOR EXTENSION OF DISCOVERY DEADLINE

for defendant originally requested that the continued deposition be scheduled for December 12 or 13 but Mrs. Fields is unable to take those dates off from work.

    5.    The motion is unopposed by all parties.

    6.    Defense counsel does not oppose this motion and agrees to a 30-day extension from the current deadline.


I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on DECEMBER 10, 2012.

                INVISION LAW FIRM

                **By**: /s/ Gerald Noble_____
                    GERALD NOBLE, OSB# 104634
                    Telephone: (503) 208 – 4260
                    Fax: (866) 998 - 1846
                    Email: invisionlawfirm@live.com

        **Attorney for Plaintiffs**

PAGE 2 – DECLARATION OF GERALD NOBLE IN SUPPORT OF UNOPPOSED MOTION FOR EXTENSION OF DISCOVERY DEADLINE